

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

January 16, 2015

Ms. Jean Godwin
Henderson County District Clerk
100 E. Tyler, Room 203
Athens, TX 75751

FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 2 0 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE:     Case Number:  13-0815
        Court of Appeals Number:  12-12-00353-CV
        Trial Court Number:  2012B-0207

Style:  BILLY EDWARD DAMUTH, II
        v.
        TRINITY VALLEY COMMUNITY COLLEGE AND GLENDON S. FORGEY,
        INDIVIDUALLY

Dear Ms. Godwin:

The judgment of the Supreme Court of Texas is final in the above referenced cause and
the enclosed mandate was issued today.  Enclosed with the mandate is a certified copy of our
cost bill showing charges and payments as reflected by the record for your use in settlement
between the parties.

Sincerely,

Blake A. Hawthorne, Clerk

by Monica Zamarripa, Deputy Clerk

cc:     Mr. Richard L. Ray (DELIVERED VIA E-MAIL)
        Ms. Leigh Campbell Porter (DELIVERED VIA E-MAIL)
        Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)

# IN THE SUPREME COURT OF TEXAS

## NO. 13-0815

BILLY EDWARD DAMUTH, II, PETITIONER

V.

TRINITY VALLEY COMMUNITY COLLEGE AND GLENDON S. FORGEY, INDIVIDUALLY, RESPONDENTS

## MANDATE

**To the Trial Court of Henderson County, Greetings:**

Before our Supreme Court on November 21, 2014, the Cause, upon petition for review, to revise or reverse your Judgment.

No. **13-0815** in the Supreme Court of Texas

No. **12-12-00353-CV** in the **Twelfth** Court of Appeals

No. **2012B-0207** in the **392nd District Court** of **Henderson** County, Texas, was determined; and therein our said Supreme Court entered its judgment or order in these words:

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Twelfth District, and having considered the appellate record and counsel's briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The judgment of the court of appeals is reversed;

2) The case is remanded to the trial court for further proceedings consistent with this Court's opinion; and

3) Petitioner Billy Edward Damuth, II, shall recover, and respondents Trinity Valley Community College and Glendon S. Forgey shall pay, the costs incurred in this Court and in the court of appeals.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Twelfth District and to the District Court of Henderson County, Texas, for observance.

**Wherefore we command you** to observe the order of our said Supreme Court in this behalf, and in all things to have recognized, obeyed, and executed.

BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS,

with the seal thereof annexed, at the City of Austin, this the 16th day of January, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk

FILE COPY

# IN THE SUPREME COURT OF TEXAS

## NO. 13-0815

### BILLY EDWARD DAMUTH, II, Petitioner

### V.

### TRINITY VALLEY COMMUNITY COLLEGE AND GLENDON S. FORGEY, INDIVIDUALLY, Respondents

No. *2012B-0207* in the *392nd District Court, Henderson* County

## BILL OF COSTS

### *Petition for Review*

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Petition for Review Filed | $145.00 | $145.00 | Paid by Billy Edward Damuth, II |
| Clerk's Record | $170.00 | Unknown | 1 Volume |
| Reporter's Record | $110.00 | Unknown | 1 Volume |

Balance of costs owing to the Supreme Court of Texas:      **0.00**

---

*Petitioner Billy Edward Damuth, II, shall recover, and respondents Trinity Valley Community College and Glendon S. Forgey shall pay, the costs incurred in this Court and in the court of appeals.*

---

**I, BLAKE A. HAWTHORNE, CLERK** of the Supreme Court of Texas, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of the Supreme Court of Texas, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

Page 1 of 2

with the seal thereof annexed, at the City of Austin, this the 16th day of January, 2015.

BLAKE A. HAWTHORNE, Clerk

*Blake A. Hawthorne*

By Monica Zamarripa, Deputy Clerk